IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-01774-RPM

AUTO-OWNERS INSURANCE COMPANY,

      Plaintiff,

v.

JT BROADWAY, LLC;
JOHN GREGORY TUMBARELLO;
JOHN VINCENT TUMBARELLO;
AL-BASHA RESTAURANT, LLC;
AL-BASHA CAFÉ, LLC;
ALI AL DARRAJI; and
ADNAN AL DARRAJI,

      Defendants.
_____

## ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Upon consideration of Plaintiff's Status Report [6] filed in response to this Court's Order to Show Cause [5], it is

ORDERED that this Court's Order to Show Cause entered on January 7, 2015, is discharged.

Dated: January 15th, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge