IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01774-RPM

AUTO-OWNERS INSURANCE COMPANY,

    Plaintiff,

v.

JT BROADWAY, LLC;
JOHN GREGORY TUMBARELLO;
JOHN VINCENT TUMBARELLO;
AL-BASHA RESTAURANT, LLC;
AL-BASHA CAFÉ, LLC;
ALI AL DARRAJI; and
ADNAN AL DARRAJI,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [Doc. 8] and the Notice of Voluntary Dismissal of Claims against Defendants JT Broadway, LLC, John Gregory Tumbarello, John Vincent Tumbarello, Al-Basha Restaurant, LLC, Al-Basha Café, LLC, and Adnan Al Darraji [Doc. 9], it is

ORDERED that this action is dismissed with prejudice, each party to bear their respective attorneys' fees and costs.

Dated: April 17th, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge